**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CHEETAH OMNI, L.L.C.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:09cv260-LED-JDL |
| | § | |
| **VERIZON SERVICES CORP.,** | § | |
| **VERIZON BUSINESS NETWORK** | § | |
| **SERVICES INC.,** | § | |
| **VERIZON ENTERPRISE** | § | **JURY TRIAL DEMANDED** |
| **DELIVERY, LLC, and** | § | |
| **GRANDE COMMUNICATIONS** | § | |
| **NETWORKS, INC.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Dismissal with Prejudice of Plaintiff Cheetah Omni, LLC's claims against Defendant Grande Communications Networks LLC f/k/a Grande Communications Networks, Inc., and Defendant Grande Communications Networks LLC's f/k/a Grande Communications Networks, Inc.'s counterclaims against Plaintiff Cheetah Omni, LLC. The Court being of the opinion that said motion (Doc. No. 110) should be **GRANTED**, it is hereby:

**ORDERED**, **ADJUDGED** and **DECREED** that all claims and counterclaims asserted in the above-captioned action by and between Cheetah Omni, LLC and Grande Communications Networks LLC f/k/a Grande Communications Networks, Inc. are hereby **DISMISSED with prejudice**. It is furthered **ORDERED** that all costs, expenses and attorney fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 19th day of August, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**