**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **Cheetah Omni LLC**, <br><br> *Plaintiff*, <br><br> vs. <br><br> **Verizon Services Corporation,** *et al.* <br><br> *Defendants.* | HONORABLE <u>LEONARD DAVIS</u> <br><br> CIVIL ACTION NO. <u>6:09-cv-260</u> <br><br><br> *<u>JURY TRIAL DEMANDED</u>* |

**STIPULATION WITHDRAWING SECTIONS V.A. AND V.B. OF CHEETAH'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON INVALIDITY ISSUES (DKT #169) WITHOUT PREJUDICE**

Plaintiff Cheetah Omni, LLC and Defendants Verizon Services Corporation, Verizon Business Network Services Inc. and Verizon Enterprise Delivery LLC ("Verizon") file this Stipulation to Withdraw Sections V.A. and V.B. of Cheetah's Motion for Partial Summary Judgment on Invalidity Issues (Dkt #169) without prejudice.

This stipulation is based on the parties' January 7, 2011 stipulation (on the record in Court) that Verizon's prior art invalidity defenses will be based on eight identified references. Under the January 7, 2011 stipulation, Verizon's expert Dr. Smith is preparing a new report on invalidity, which renders moot Verizon's original prior art-based invalidity defenses and Cheetah's motion relating to them, which are addressed in Section V.A. (pp. 13-20) of Cheetah's Brief.  Cheetah's withdrawal is without prejudice to Cheetah's ability to seek summary judgment on Verizon's prior art-based defenses after Cheetah receives Dr. Smith's new report.

In addition, Verizon has withdrawn, with prejudice, its defense of indefiniteness, which is addressed in Section V.B. (pp. 20-21) of Cheetah's Brief.  Accordingly, the only issue that remains with respect to Dkt #169 is Verizon's enablement defense, which Cheetah addresses in Section V. C. (pp. 21-22) of its Brief.  As agreed on the record January 7, 2011, Verizon will file its response to Cheetah's motion for partial summary judgment (now limited to enablement by this stipulation) on Friday, January 14, 2011.

      **SO STIPULATED.**

Dated: January 13, 2011

By: /s/ Thomas A. Lewry
**BROOKS KUSHMAN P.C.**
Thomas A. Lewry (MI Bar No. P36399)
John M. Halan (MI Bar No. P37616)
John S. LeRoy (MI Bar No. P61964)
Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel:  (248) 358-4400
Fax:  (248) 358-3351
tlewry@brookskushman.com
jhalan@brookskushman.com
jleroy@brookskushman.com

**WARD & SMITH LAW FIRM**
T. John Ward, Jr. (TX State Bar No. 00794818)
111 W. Tyler St.
Longview, Texas 75601
Tel:  (903) 757-6400
Fax:  (903) 757-2323
jw@jwfirm.com

**KENDALL LAW GROUP LLP**
Joe Kendall (TX State Bar No. 11260700)
3232 McKinney Ave., Suite 700
Dallas, TX  75204
Tel:  (214) 744-3000
Fax:  (214) 744-3015
jkendall@kendalllawgroup.com

**ALBRITTON LAW FIRM**

By: /s/ Douglas McSwane (with permission)
**SIEBMAN, REYNOLDS, BURG, PHILLIPS & SMITH LLP**
Clyde M. Siebman
siebman@siebman.com
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas 75090
(903) 870-0070 – Telephone
(903) 870-0066 – Fax

**POTTER MINTON P.C.**
Douglas McSwane
dougmcswane@potterminton.com
P.O. Box 359
Tyler, TX 75710

**WINSTON & STRAWN LLP**
Charles B. Molster, III
cmolster@winston.com
Rebecca Ross*
rross@winston.com
1700 K Street, NW
Washington, DC 20006
Peter C. McCabe III*
Pmccabe@winston.com
Monika M. Blacha*
mblacha@winston.com
Scott C. Walton*
swalton@winston.com

| | |
|---|---|
| Eric M. Albritton<br>P.O. Box 2649<br>Longview, Texas 75606<br>Tel: (903) 757-8449<br>Fax: (903) 758-7397<br>ema@emafirm.com<br><br>*Attorneys for Plaintiff* | Kurt A. Mathas*<br>kmathas@winston.com<br>35 West Wacker Drive<br>Chicago, IL 60601<br><br>**VERIZON CORPORATE RESOURCES GROUP LLC**<br>Leonard Charles Suchyta*<br>Leonard.suchyta@verizon.com<br>Caren K. Khoo*<br>caren.khoo@verizon.com<br>One Verizon Way<br>Basking Ridge, NJ 07920<br>*Attorneys for Defendant* |