IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

CHEETAH OMNI, LLC,

               Plaintiff,

v.

VERIZON SERVICES CORP., *et al*.,

               Defendants.

Case No.:  6:09-cv-260-LED/JDL

## VERIZON'S DEPOSITION DESIGNATIONS

Defendants Verizon Services Corp., Verizon Business Network Services Inc. and Verizon Enterprise Delivery LLC (collectively, "Verizon"), without waiving any of their objections to the admissibility of any testimony from any of the persons identified herein, hereby submit the following deposition designations that Verizon may use at trial.  Verizon may not offer all of the listed testimony, and reserves the right to delete portions of the listed testimony from the testimony that will actually be offered at trial.  If Cheetah offers deposition testimony from any of the witnesses identified below, Verizon reserves the right to offer cross examination or rebuttal testimony from any part of the deposition of the witness and/or object, regardless of whether that testimony is included in Verizon's designations.

**Daniel Blumenthal – 11/9/2010**

| Verizon Designation Begin | Verizon Designation End |
|---|---|
| 5:13 | 8:17 |
| 8:22 | 14:22 |
| 15:2 | 15:4 |
| 15:7 | 16:1 |
| 16:6 | 18:25 |
| 19:4 | 21:8 |
| 21:12 | 21:14 |
| 21:16 | 21:24 |
| 22:3 | 22:18 |
| 24:20 | 24:21 |
| 24:23 | 26:3 |
| 26:8 | 28:14 |
| 28:21 | 28:25 |
| 29:6 | 32:3 |
| 32:6 | 33:11 |
| 33:14 | 33:17 |
| 33:20 | 34:3 |
| 34:5 | 34:10, "…transmitter." |
| 34:18 | 36:3 |
| 36:8 | 44:20 |
| 44:23 | 45:8 |
| 45:10 | 51:9 |
| 51:12 | 51:12 |
| 51:16 | 51:19 |
| 51:23 | 52:12 |
| 52:15 | 52:18 |
| 53:4 | 54:4 |
| 54:7 | 54:21 |
| 55:4 | 55:6 |
| 55:16 | 59:23 |
| 60:2 | 61:9 |
| 61:22 | 65:11 |
| 66:2 | 67:19 |
| 67:23 | 68:7 |
| 68:11 | 68:18 |
| 68:21 | 68:22 |
| 68:24 | 69:3 |
| 69:8 | 69:12 |
| 69:18 | 70:4 |
| 70:6 | 70:7 |
| 70:13 | 70:18 |
| 70:21 | 70:24 |

| | |
|---|---|
| **71:2** | **71:8** |
| **71:10, "Is…"** | **71:20** |
| **72:2** | **72:7** |
| **72:9** | **72:12** |
| **72:16** | **72:18** |
| **72:21** | **72:21** |
| **72:23** | **73:8** |
| **73:11** | **73:11** |
| **73:13** | **74:17** |
| **74:24** | **77:6, "…quickly."** |
| **77:7** | **78:8** |
| **78:16, "The next…"** | **83:24** |
| **89:12** | **91:16** |
| **91:17, "Who…"** | **92:5** |
| **92:9** | **96:8** |
| **96:12** | **96:16** |
| **96:18** | **97:23** |
| **98:3** | **98:6** |
| **98:10** | **98:20, "…camera."** |
| **98:22** | **99:8** |
| **99:12** | **100:16** |
| **101:4** | **101:15** |
| **101:19** | **102:15** |
| **102:19, "Actually…"** | **102:25** |
| **103:4** | **103:13** |
| **103:16** | **104:1** |
| **104:3** | **105:6** |
| **105:13** | **106:10** |
| **106:17, "What…"** | **110:11** |
| **110:17** | **111:15** |
| **111:18** | **112:22** |
| **113:1** | **113:2** |
| **113:4** | **114:8** |
| **114:13** | **114:14** |
| **114:17** | **114:21** |
| **114:23** | **116:13** |
| **116:16** | **116:16** |
| **116:18** | **119:3** |
| **119:7** | **119:14** |
| **119:17** | **119:19** |
| **120:2** | **120:16** |
| **119:21** | **121:21** |
| **121:24** | **122:17** |

| | |
|---|---|
| 122:19 | 124:6 |
| 124:8 | 124:9 |
| 124:11 | 124:21 |
| 124:24 | 125:8 |
| 125:13 | 128:6 |
| 128:10 | 128:16 |
| 128:21 | 129:15 |
| 129:21 | 131:13 |
| 131:17 | 132:5 |
| 132:10 | 133:10 |
| 133:11 | 134:23 |
| 135:2 | 135:13 |
| 135:16 | 135:20 |
| 135:22 | 135:25 |
| 136:3 | 136:4 |
| 136:6 | 136:14 |
| 136:17 | 136:18 |
| 136:20 | 136:24 |
| 137:2 | 137:21 |
| 138:12 | 138:20 |
| 138:23 | 139:12 |
| 139:16 | 140:7 |
| 140:12 | 141:6 |
| 141:9 | 141:9 |
| 141:11 | 141:16 |
| 142:13 | 142:16 |
| 142:19 | 143:8 |
| 143:11 | 143:11 |
| 143:13 | 143:19 |
| 143:23, "what…" | 145:4 |
| 145:7 | 145:23 |
| 146:1 | 146:1 |
| 146:3 | 146:4 |
| 146:7 | 146:9 |
| 146:11 | 146:19 |
| 146:21 | 148:8 |
| 148:11 | 148:11 |
| 148:13 | 149:5 |
| 149:8 | 149:25 |
| 150:2 | 150:22 |

**Mark Boduch – 10/12/2010**

| Verizon Designation Begin | Verizon Designation End |
|---|---|
| 7:18 | 7:19 |
| 8:16 | 9:14 |
| 9:16 | 9:18 |
| 10:4 | 10:10 |
| 22:21 | 22:24 |
| 23:4 | 23:6 |
| 23:8 | 23:11 |
| 24:4, "Has…" | 24:6 |
| 24:11 | 24:12 |
| 24:14 | 24:19 |
| 24:24 | 25:3 |
| 27:8 | 27:10 |
| 27:15 | 27:16 |
| 27:18 | 27:18 |
| 27:22 | 27:23 |
| 29:12 | 29:16 |
| 29:21 | 30:1 |
| 49:12 | 49:19 |
| 49:22 | 49:23 |
| 50:1 | 50:12 |
| 52:7 | 52:8 |
| 52:16 | 52:17 |
| 52:19 | 52:21 |
| 53:1 | 53:3 |
| 53:5 | 53:6 |
| 53:11 | 53:12 |
| 53:14 | 53:15 |
| 53:20 | 53:23 |
| 54:1 | 54:10 |
| 54:14 | 54:14 |
| 54:16 | 54:18 |
| 54:21 | 54:22 |
| 88:2 | 88:4 |
| 88:9 | 88:12 |
| 128:7 | 128:9 |
| 128:13 | 128:18 |
| 159:14 | 159:15 |
| 159:22 | 159:24 |
| 160:3 | 160:9 |
| 160:11 | 160:21 |
| 201:21 | 201:23 |
| 202:4 | 202:5 |

| | |
|---|---|
| 202:7 | 202:13 |
| 212:3 | 213:4 |
| 213:7 | 213:8 |
| 213:10 | 213:13 |
| 213:16 | 213:16 |
| 213:18 | 213:18 |
| 213:20 | 213:23 |
| 215:6 | 216:9 |
| 223:3 | 223:8 |
| 223:12 | 223:16 |
| 226:15 | 226:18 |
| 226:21 | 226:23 |
| 227:3 | 227:21 |
| 227:23 | 228:13 |
| 228:18 | 229:1 |
| 229:5 | 229:14 |
| 229:19 | 229:23 |
| 230:21 | 231:24 |
| 232:3 | 232:3 |
| 244:19 | 244:22 |

## Richard Colter – 11/18/2010

| Verizon Designation Begin | Verizon Designation End |
|---|---|
| 4:5, "Could…" | 4:9 |
| 12:14 | 12:15 |
| 12:17 | 12:18 |
| 12:21 | 13:2 |
| 13:4 | 13:11 |
| 32:15 | 32:25 |
| 33:4 | 33:10 |
| 70:8 | 70:12 |
| 72:21, "Did…" | 72:23 |
| 73:1 | 73:10 |
| 73:24 | 74:3 |
| 74:15 | 74:17 |
| 74:25 | 75:1 |
| 75:8 | 75:11 |
| 75:14 | 75:15 |
| 78:8 | 78:11 |
| 78:17 | 78:20 |
| 79:2 | 79:7 |
| 79:13 | 79:15 |

| | |
|---|---|
| 80:21 | 80:23 |
| 81:3 | 81:10 |
| 81:13 | 81:21 |
| 82:2 | 82:3 |
| 124:5 | 124:7 |
| 124:10 | 126:3 |
| 126:10 | 127:11 |
| 135:10 | 135:25 |
| 138:21, "So…" | 139:8 |

## John DeAndrea – 9/3/2010

| Verizon Designation Begin | Verizon Designation End |
|---|---|
| 5:10 | 5:13 |
| 7:14 | 7:18 |
| 7:21 | 7:24 |
| 8:2 | 8:4 |
| 8:13 | 8:15 |
| 8:19 | 9:1 |
| 10:20 | 11:2 |
| 15:2 | 15:8 |
| 15:13 | 15:15 |
| 15:19 | 15:23 |
| 15:25 | 16:10 |
| 16:13 | 16:21 |
| 16:24 | 17:2 |
| 17:5 | 17:10 |
| 17:13 | 17:16 |
| 19:12 | 19:23 |
| 108:2 | 108:5 |
| 108:9 | 108:11 |
| 111:14 | 111:18 |
| 118:24 | 119:2 |
| 119:5 | 119:10 |
| 119:12 | 119:22 |
| 122:5 | 122:9 |
| 122:13 | 122:19 |
| 122:22 | 123:2 |
| 123:13 | 125:22 |
| 126:10 | 126:18 |
| 126:21 | 126:23 |
| 127:10 | 128:21 |
| 129:21 | 129:24 |
| 131:14 | 133:6 |

| 135:21 | 136:15 |
|--------|--------|
| 144:8  | 145:7  |

## Brian Gaffney – 11/10/2010

| Verizon Designation Begin | Verizon Designation End |
|--------|--------|
| 6:20   | 6:21   |
| 9:21   | 10:13  |
| 12:4   | 12:18  |
| 13:2   | 15:7   |
| 15:10  | 17:7   |
| 17:18  | 21:4   |
| 25:11  | 26:10  |
| 26:16  | 28:1   |
| 28:16  | 28:19  |
| 28:22  | 31:25  |
| 32:3   | 33:15  |
| 33:18  | 33:21  |
| 34:19  | 34:22  |
| 34:25  | 35:9   |
| 35:12  | 36:5   |
| 36:14  | 37:11  |
| 38:2   | 38:9   |
| 38:17  | 39:5   |
| 39:10  | 40:8   |
| 40:25  | 42:12  |
| 44:13  | 44:16  |
| 44:19  | 45:20  |
| 45:24  | 46:1   |
| 46:5   | 48:13  |
| 48:22  | 49:8   |
| 49:11  | 49:18  |
| 49:21  | 50:6   |
| 50:9   | 51:2   |
| 51:11  | 52:6   |
| 54:23  | 55:12  |
| 55:15  | 55:24  |
| 56:25  | 57:5   |
| 57:23  | 58:15  |
| 58:17  | 59:12  |
| 59:18  | 60:9   |
| 60:12  | 61:15  |
| 61:18  | 62:20  |
| 62:23  | 62:25  |
| 63:3   | 63:7   |

| | |
|---|---|
| 63:10 | 63:15 |
| 63:24 | 64:9 |
| 64:12 | 64:15 |
| 65:13 | 65:17 |
| 65:20 | 66:5 |
| 66:8 | 66:14 |
| 66:19 | 67:1 |
| 68:13 | 68:17 |
| 69:18 | 69:22 |
| 69:25 | 70:4 |
| 71:3 | 71:21 |
| 74:25 | 75:6 |
| 75:9 | 75:14 |
| 75:17 | 76:7 |
| 76:11 | 76:25 |
| 77:3 | 77:5 |
| 78:11 | 78:23 |
| 79:1 | 79:4 |
| 90:7 | 90:23 |
| 91:1 | 91:9 |
| 101:8 | 101:25 |
| 102:3 | 102:10 |
| 102:14 | 102:19 |
| 104:9 | 104:13 |
| 104:16 | 104:21 |
| 104:23 | 105:8 |
| 105:10 | 106:11 |
| 106:14 | 106:17 |

## Paul Interrante – 11/18/2010

| Verizon Designation Begin | Verizon Designation End |
|---|---|
| 9:7, "Can…" | 9:9 |
| 9:25 | 10:5 |
| 20:19 | 21:13 |
| 23:22 | 26:7 |
| 29:15 | 30:6 |

**Mohammed Islam – 5/26/2010**

| Verizon Designation Begin | Verizon Designation End |
|---|---|
| 8:4 | 8:7 |
| 8:16 | 8:19 |
| 21:11 | 21:25 |
| 22:2 | 22:2 |
| 22:4 | 22:6 |
| 22:8 | 22:9 |
| 22:15 | 22:16 |
| 22:21 | 22:21 |
| 22:23 | 22:25 |
| 23:1 | 24:11 |
| 24:13 | 24:13 |
| 25:17 | 25:18 |
| 49:17 | 49:20 |
| 50:1 | 50:3 |
| 50:18 | 50:20 |
| 50:22 | 50:23 |
| 50:25 | 51:4 |
| 84:8 | 84:9 |
| 84:12 | 84:12 |
| 84:14 | 84:14 |
| 84:17 | 84:17 |
| 85:5 | 85:14 |
| 86:2 | 86:3 |
| 86:5 | 86:5 |
| 86:7 | 86:8 |
| 86:10 | 86:10 |
| 86:12 | 86:14 |
| 86:16 | 86:16 |
| 86:18 | 86:20 |
| 86:22 | 86:22 |
| 87:17 | 87:19 |
| 87:22 | 87:22 |
| 101:18 | 101:22 |
| 104:24 | 105:10 |
| 110:11 | 110:21 |
| 111:14 | 112:1 |
| 112:3 | 112:3 |
| 112:14 | 113:5 |
| 114:9 | 114:12 |
| 114:14 | 114:16 |
| 115:13 | 115:14 |
| 115:17 | 115:18 |

| | |
|---|---|
| 115:20 | 117:18 |
| 118:2 | 118:5 |
| 118:15 | 119:22 |
| 119:25 | 120:8 |
| 120:11 | 120:15 |
| 139:5 | 139:8 |
| 139:11 | 139:12 |
| 139:14 | 140:11 |
| 141:8 | 142:10 |
| 143:14 | 143:15 |
| 143:18 | 143:18 |
| 143:20 | 144:4 |
| 144:7 | 144:7 |
| 144:9 | 144:22 |
| 145:5 | 145:18 |
| 145:21 | 145:21 |
| 145:23 | 146:16 |
| 146:19 | 146:21 |
| 146:23 | 147:1 |
| 147:4 | 147:4 |
| 147:7 | 147:9 |
| 147:11 | 148:4 |
| 148:15 | 148:21 |
| 148:23 | 148:24 |
| 149:2 | 149:2 |
| 149:5 | 149:7 |
| 149:9 | 149:22 |
| 149:25 | 150:2 |
| 150:4 | 150:6 |
| 150:20 | 151:1 |
| 151:11 | 151:19 |
| 162:8 | 165:1 |
| 165:19 | 168:14 |
| 169:14 | 170:23 |
| 186:24 | 187:7 |
| 222:7 | 222:8 |
| 222:10 | 222:14 |
| 222:17 | 222:24 |
| 240:18 | 241:6 |
| 247:13 | 247:14 |
| 247:20 | 247:24 |
| 248:1 | 248:5 |

**Mohammed Islam – 11/4/2010**

| Verizon Designation Begin | Verizon Designation End |
|---|---|
| 7:12 | 8:2 |
| 40:9 | 41:2 |
| 43:18 | 44:7 |
| 54:2 | 54:6 |
| 59:13 | 60:10 |
| 65:14 | 66:8 |
| 71:16 | 71:20 |
| 73:17 | 74:1 |
| 74:3 | 74:5 |
| 74:11 | 74:20 |
| 75:19 | 76:1 |
| 81:18 | 82:9 |
| 89:1 | 89:15 |
| 90:15 | 90:23 |
| 94:8 | 94:15 |
| 94:17 | 94:20 |
| 95:4 | 95:6 |
| 95:8 | 95:15 |
| 96:10 | 97:16 |
| 98:2 | 98:10 |
| 98:24 | 99:9 |
| 101:6 | 101:11 |
| 101:17 | 102:4 |
| 102:13 | 103:7 |
| 103:13 | 103:19 |
| 103:23 | 105:24 |
| 106:24 | 107:18 |
| 107:19 | 108:7 |
| 108:11 | 108:24 |
| 127:18 | 127:20 |
| 128:9 | 128:16 |
| 128:22 | 130:23 |
| 133:13 | 134:5 |
| 134:7 | 134:10 |
| 139:19 | 140:14 |
| 141:10 | 142:12 |
| 143:10 | 143:15 |
| 143:19 | 144:1 |
| 144:16 | 145:2 |
| 145:6 | 145:14 |
| 146:8 | 146:10 |
| 146:12 | 146:14 |

| | |
|---|---|
| 146:16 | 146:18 |
| 146:21 | 147:19 |
| 148:2 | 148:21 |
| 149:10 | 149:18 |
| 149:22 | 150:9 |
| 165:13 | 165:21 |
| 165:23 | 166:13 |
| 174:11 | 174:22 |
| 176:24 | 177:6 |
| 177:9 | 179:3 |
| 188:13 | 188:20 |
| 189:7 | 190:12 |
| 191:1 | 192:21 |
| 196:12 | 196:18 |
| 196:20 | 196:21 |
| 196:23 | 197:3 |
| 197:13 | 197:24 |
| 200:21 | 201:6 |
| 201:8 | 201:10 |
| 201:15 | 201:19 |
| 201:21 | 201:24 |
| 202:2 | 202:10 |
| 202:14 | 202:16 |
| 202:20 | 203:3 |
| 204:1 | 204:6 |
| 204:12 | 204:15 |
| 205:8 | 207:21 |
| 208:6 | 208:19 |
| 209:6 | 209:11 |
| 211:14 | 212:2 |
| 223:19 | 224:10 |
| 225:9 | 226:5 |
| 229:5 | 229:14 |
| 229:16 | 229:17 |
| 229:19 | 230:3 |
| 231:2 | 231:8 |
| 244:21 | 245:3 |
| 245:5 | 245:24 |
| 246:7 | 246:10 |
| 246:14 | 246:15 |
| 246:18 | 246:23 |
| 247:2 | 247:5 |
| 247:8 | 247:17 |
| 247:19 | 248:3 |
| 248:12 | 248:14 |
| 248:16 | 248:18 |
| 248:20 | 248:22 |
| 248:24 | 249:4 |

| | |
|---|---|
| 249:7 | 249:9 |
| 249:11 | 249:15 |
| 249:18 | 249:21 |
| 249:23 | 249:24 |
| 250:2 | 250:3 |
| 259:20 | 260:1 |
| 260:10 | 260:12 |
| 262:2 | 262:5 |
| 262:7 | 262:13 |
| 262:15 | 262:22 |
| 267:13 | 267:17 |
| 267:19 | 267:19 |
| 269:2 | 269:4 |
| 270:2 | 270:15 |
| 271:18 | 271:23 |
| 275:13 | 276:9 |
| 276:15 | 277:6 |
| 278:14 | 279:19 |
| 279:22 | 279:24 |
| 280:15 | 280:19 |
| 280:21 | 280:23 |
| 281:13 | 281:19 |
| 281:21 | 282:2 |

**Mohammed Islam – 11/11/2010**

| Verizon Designation Begin | Verizon Designation End |
|---|---|
| 9:20 | 10:1 |
| 11:16 | 11:20 |
| 34:8 | 36:14 |
| 37:5 | 41:12 |
| 43:21 | 46:14 |
| 46:20 | 47:2 |
| 49:8 | 50:9 |
| 51:23 | 58:7 |
| 58:22 | 59:23 |
| 60:11 | 64:1 |
| 64:15 | 64:18 |
| 70:2 | 72:24 |
| 73:8 | 79:16 |
| 80:12 | 82:23 |
| 83:6 | 84:10 |
| 84:12 | 84:14 |
| 84:16 | 85:23 |
| 86:11 | 86:16 |

| | |
|---|---|
| 87:23 | 88:6 |
| 89:5 | 89:7 |
| 96:2 | 97:6 |
| 97:17 | 98:17 |
| 99:7 | 112:10 |
| 112:19 | 115:3 |
| 115:10 | 117:4 |
| 117:18 | 117:23 |
| 123:7 | 123:10 |
| 123:17 | 123:23 |
| 125:17 | 126:9 |
| 126:18 | 128:6 |
| 128:9 | 129:21 |
| 130:6 | 130:18 |
| 130:20 | 131:3 |
| 131:23 | 132:4 |
| 132:15 | 133:11 |
| 133:24 | 135:5 |
| 135:12 | 138:7 |
| 140:19 | 141:7 |
| 141:23 | 142:1 |
| 144:2 | 144:7 |
| 145:5 | 145:9 |
| 146:4 | 146:6 |
| 146:13 | 152:20 |
| 152:24 | 155:19 |
| 155:23 | 156:13 |
| 156:24 | 157:20 |
| 158:3 | 158:5 |
| 158:8 | 158:9 |
| 158:11 | 158:16 |
| 160:1 | 161:8 |
| 161:14 | 165:13 |
| 168:6 | 170:2 |
| 170:4 | 175:13 |
| 175:15 | 178:5 |
| 178:7 | 181:7 |
| 184:19 | 184:21 |
| 185:2 | 185:7 |
| 189:20 | 191:20 |
| 193:22 | 194:6 |
| 197:5 | 197:21 |
| 198:19 | 200:21 |
| 201:23 | 202:16 |
| 202:23 | 204:6 |
| 204:12 | 205:13 |
| 205:19 | 206:1 |
| 206:3 | 207:12 |

| | |
|---|---|
| 207:17 | 209:13 |
| 211:11 | 212:13 |
| 213:24 | 214:23 |
| 217:18 | 218:11 |
| 218:19 | 219:10 |
| 219:18 | 224:10, "…yes." |
| 226:6 | 227:1 |
| 227:23 | 228:5 |
| 231:7 | 231:21 |
| 232:8 | 232:10 |
| 232:19 | 234:6 |
| 234:13 | 235:2 |
| 236:1 | 236:22 |
| 236:24 | 237:12 |
| 237:19 | 239:6 |
| 240:11 | 241:4 |
| 241:11 | 241:12 |
| 242:2 | 242:23 |
| 243:23 | 244:4 |
| 246:14 | 249:9 |
| 251:18 | 251:22 |
| 252:2 | 252:5 |
| 256:12 | 256:15, "…so." |
| 256:23 | 257:20 |
| 259:15 | 260:3 |
| 261:10 | 263:4 |
| 263:8 | 263:10 |
| 263:12 | 263:16 |
| 263:18 | 263:21 |
| 268:6 | 269:6 |
| 269:9 | 269:11 |
| 276:7 | 277:1 |
| 284:14 | 285:1 |
| 285:19 | 285:21 |
| 285:23 | 286:2 |
| 286:4 | 286:7 |
| 286:16 | 286:17 |
| 289:9 | 290:12 |
| 290:14 | 290:16 |

**Robin Rasor – 6/28/2010**

| Verizon Designation Begin | Verizon Designation End |
|---|---|
| 8:8 | 8:10 |
| 15:4 | 15:11 |
| 15:15 | 15:16 |
| 15:23 | 16:17 |
| 45:6 | 45:16 |
| 51:7 | 52:11 |
| 53:19 | 55:2 |
| 56:19 | 57:7 |
| 57:10 | 57:19 |
| 57:22 | 58:14 |
| 59:2 | 59:4 |
| 59:7 | 59:10 |
| 59:17 | 59:19 |
| 59:22 | 60:13 |
| 60:16 | 61:3 |
| 61:6 | 61:11 |
| 61:14 | 61:25 |
| 72:8 | 72:9 |
| 72:21 | 74:3 |
| 83:13 | 83:25 |
| 85:11 | 85:12 |
| 85:15 | 85:18 |
| 85:20 | 85:22 |
| 93:2 | 93:7 |
| 94:9 | 95:23 |
| 96:1 | 96:18 |
| 103:17 | 103:20 |
| 104:21 | 104:23 |
| 104:25 | 105:16 |
| 108:14 | 108:23 |
| 111:24 | 112:7 |
| 112:9 | 113:3 |
| 113:6 | 113:15 |
| 113:19 | 114:18 |
| 114:21 | 115:3 |
| 115:5 | 115:5 |
| 117:17 | 117:23 |
| 126:10 | 128:24 |
| 130:22 | 131:10 |
| 140:8 | 140:10 |
| 140:12 | 140:23 |
| 140:25 | 141:5 |
| 141:7 | 141:7 |

| | |
|---|---|
| 149:3 | 149:21 |
| 150:5 | 150:7 |
| 150:9 | 150:22 |
| 154:2 | 154:11 |
| 154:13 | 154:18 |
| 154:20 | 154:21 |
| 154:23 | 155:2 |
| 155:4 | 155:15 |
| 155:18 | 155:21 |
| 155:23 | 156:12 |
| 156:14 | 156:16 |
| 156:18 | 157:1 |
| 157:12 | 157:15 |
| 157:17 | 158:9 |
| 158:11 | 159:3 |
| 159:5 | 159:11 |
| 159:14 | 159:23 |
| 159:25 | 160:2 |
| 160:4 | 160:9 |
| 160:11 | 164:1 |
| 164:18 | 165:5 |
| 169:20 | 170:1 |
| 174:22 | 174:23 |
| 174:25 | 175:8 |
| 175:10 | 176:16 |
| 181:12 | 181:16 |
| 181:18 | 182:2 |
| 182:4 | 182:4 |
| 182:6 | 182:13 |
| 182:16 | 183:1 |
| 183:3 | 183:24 |
| 184:1 | 184:3 |
| 184:5 | 184:25 |
| 185:2 | 185:4 |
| 192:12 | 192:25 |
| 194:6 | 194:13 |
| 194:23 | 194:24 |
| 195:2 | 195:4 |
| 195:18 | 195:20 |
| 195:22 | 196:1 |
| 197:1 | 197:10 |
| 197:12 | 197:18 |
| 197:20 | 197:24 |
| 198:1 | 198:1 |
| 208:15 | 208:25 |
| 213:5 | 213:7 |
| 213:9 | 213:9 |
| 213:11 | 213:11 |

| | |
|---|---|
| 213:22 | 214:5 |
| 214:7 | 214:10 |
| 214:12 | 214:16 |
| 221:5 | 222:7 |
| 225:3 | 227:16 |
| 228:2 | 228:4 |
| 228:6 | 228:6 |
| 228:8 | 228:9 |
| 228:11 | 228:16 |
| 228:18 | 228:21 |
| 228:23 | 228:23 |
| 235:17 | 240:20 |
| 240:23 | 240:25 |
| 241:6 | 241:11 |
| 241:14 | 241:15 |
| 241:17 | 241:18 |
| 241:20 | 242:25 |
| 243:3 | 243:11 |
| 243:13 | 243:15 |
| 243:17 | 244:4 |
| 244:6 | 244:23 |
| 248:21 | 249:9 |
| 251:20 | 252:22 |
| 252:24 | 254:5 |
| 256:4 | 257:8 |
| 257:10 | 257:17 |
| 257:19 | 257:20 |
| 258:8 | 259:18 |
| 259:21 | 260:4 |
| 260:6 | 260:11 |
| 260:14 | 261:15 |
| 261:17 | 261:18 |
| 261:20 | 261:21 |
| 261:23 | 262:6 |
| 262:9 | 262:13 |
| 262:15 | 262:15 |
| 264:18 | 265:2 |
| 265:11 | 268:22 |
| 268:24 | 270:18 |
| 270:20 | 272:21 |
| 272:23 | 273:13 |
| 273:15 | 274:2 |
| 274:5 | 274:6 |
| 274:8 | 274:10 |
| 275:5 | 275:19 |
| 275:21 | 276:2 |
| 276:10 | 276:23 |

**Jacky Wu – 9/30/2010**

| Verizon Designation Begin | Verizon Designation End |
|---|---|
| 6:10 | 6:10 |
| 6:12 | 6:15 |
| 7:23 | 8:15 |
| 8:17 | 9:10 |
| 9:22 | 9:22 |
| 9:24 | 9:25 |
| 10:2 | 10:7 |
| 10:20 | 10:22 |
| 10:24 | 11:4 |
| 11:6 | 11:9 |
| 11:11 | 11:12 |
| 15:1 | 15:3 |
| 15:5 | 15:7 |
| 15:21 | 16:2 |
| 16:22 | 16:24 |
| 17:1 | 17:3 |
| 17:20 | 17:22 |
| 17:24 | 17:24 |
| 18:1 | 18:14 |
| 18:16 | 18:17 |
| 18:19 | 18:21 |
| 18:23 | 18:25 |
| 20:2 | 20:4 |
| 20:13 | 20:15 |
| 20:17 | 20:24 |
| 21:1 | 21:5 |
| 21:7 | 21:7 |
| 22:1 | 22:9 |
| 22:11 | 22:11 |
| 23:23 | 23:25 |
| 24:2 | 24:4 |
| 24:6 | 24:9 |
| 24:11 | 24:11 |
| 26:20 | 26:22 |
| 26:24 | 26:24 |
| 30:22 | 31:3 |
| 31:5 | 31:10 |
| 31:12 | 31:22 |

| | |
|---|---|
| 31:24 | 32:2 |
| 32:4 | 32:13 |
| 32:15 | 32:16 |
| 32:18 | 32:22 |
| 32:24 | 32:24 |
| 35:12 | 35:13 |
| 35:15 | 35:16 |
| 36:2 | 36:3 |
| 36:5 | 36:6 |
| 39:16 | 39:19 |
| 39:21 | 39:21 |
| 40:10 | 40:12 |
| 40:14 | 40:14 |
| 53:3 | 53:7 |
| 53:9 | 53:13 |
| 53:15 | 53:20 |
| 66:16 | 67:11 |
| 68:8 | 68:13 |
| 72:24 | 73:1 |
| 73:7 | 73:14 |
| 84:22 | 84:22 |
| 84:24 | 85:1 |

## S.J. Ben Yoo – 11/12/2010

| Verizon Designation Begin | Verizon Designation End |
|---|---|
| 4:10 | 8:9 |
| 8:17 | 14:15 |
| 14:18 | 14:21 |
| 14:24 | 15:1 |
| 15:3 | 15:3 |
| 15:5 | 15:8 |
| 15:13 | 19:4 |
| 19:14 | 20:3 |
| 20:22 | 31:5 |
| 31:14 | 32:15 |
| 32:17 | 32:17 |
| 32:19 | 33:4 |
| 33:9 | 33:11 |
| 33:13 | 33:15 |
| 33:17 | 33:19 |
| 33:21 | 33:21 |
| 33:23 | 33:25 |
| 34:3 | 34:3 |
| 34:5 | 34:7 |

| | |
|---|---|
| 34:10 | 34:10 |
| 34:12 | 34:12 |
| 34:14 | 34:16 |
| 34:18 | 34:19 |
| 34:24 | 34:25 |
| 35:2 | 35:2 |
| 35:4 | 35:6 |
| 35:8 | 35:9 |
| 35:11 | 35:12 |
| 35:14 | 35:21 |
| 35:23 | 35:24 |
| 36:1 | 36:7 |
| 36:9 | 37:1 |
| 37:3 | 37:4 |
| 37:6 | 37:12 |
| 37:15 | 37:20 |
| 37:22 | 37:22 |
| 38:5, "Does…" | 38:7 |
| 38:9 | 38:9 |
| 38:11 | 38:12 |
| 38:14 | 38:14 |
| 38:16 | 38:19 |
| 38:21 | 38:21 |
| 38:23 | 38:24 |
| 39:1 | 40:12 |
| 40:15 | 40:17 |
| 40:19 | 40:19 |
| 40:21 | 40:23 |
| 40:25 | 40:25 |
| 41:2 | 41:8 |
| 41:10 | 41:10 |
| 41:12 | 41:12 |
| 41:14 | 41:19 |
| 41:21 | 41:23 |
| 41:25 | 41:25 |
| 42:2 | 42:5 |
| 42:7 | 42:7 |
| 42:9 | 42:9 |
| 42:11 | 42:14 |
| 42:16 | 42:18 |
| 42:20 | 42:20 |
| 42:22 | 42:22 |
| 42:24 | 43:12 |
| 43:14 | 43:14 |
| 43:16 | 44:12 |
| 44:14 | 44:14 |
| 44:16 | 44:17 |

| | |
|---|---|
| 44:19 | 44:19 |
| 44:21 | 45:1 |
| 45:3 | 45:3 |
| 45:5 | 45:13 |
| 45:15 | 45:15 |
| 45:17 | 45:19 |
| 45:21 | 45:21 |
| 45:23 | 46:7 |
| 46:11 | 46:13 |
| 46:15 | 46:16 |
| 46:18 | 46:24 |
| 47:1 | 47:2 |
| 47:4 | 47:9 |
| 47:11 | 47:12 |
| 47:14 | 47:17 |
| 47:19 | 47:20 |
| 47:22 | 47:24 |
| 48:1 | 48:5 |
| 48:7 | 48:8 |
| 48:10 | 48:11 |
| 48:13 | 48:13 |
| 48:15 | 48:23 |
| 48:25 | 48:25 |
| 49:2 | 49:3 |
| 49:5 | 49:5 |
| 49:7 | 49:7 |
| 49:9 | 49:9 |
| 49:11 | 49:12 |
| 49:14 | 49:14 |
| 49:16 | 49:17 |
| 49:19 | 49:20 |
| 49:22 | 49:23 |
| 49:25 | 49:25 |
| 50:2 | 50:5 |
| 50:7 | 50:9 |
| 50:14 | 50:15 |
| 50:17 | 50:17 |
| 50:19 | 50:20 |
| 50:22 | 50:22 |
| 50:24 | 51:2 |
| 51:4 | 51:4 |
| 51:6 | 51:11 |
| 51:13 | 51:14 |
| 51:18 | 52:17 |
| 86:17 | 87:6 |
| 87:9 | 88:9 |
| 88:11 | 88:20 |
| 88:24 | 88:25 |

| | |
|---|---|
| 89:2 | 89:10 |
| 89:12 | 93:23 |
| 93:25 | 96:14 |
| 96:19 | 98:24 |
| 99:1 | 99:3 |
| 99:5 | 99:21 |
| 100:4 | 100:19 |
| 101:7 | 101:13 |
| 101:15 | 101:15 |
| 101:17 | 101:22 |
| 102:2 | 102:17 |
| 102:20 | 103:23 |
| 103:25 | 104:1 |
| 104:3 | 104:5 |
| 104:7 | 104:7 |
| 104:9 | 104:10 |
| 104:12 | 104:12 |
| 104:14 | 104:23 |
| 193:23 | 194:11 |
| 194:14 | 194:14 |
| 194:16 | 194:18 |
| 194:20 | 194:25 |
| 195:2 | 195:4 |
| 195:6 | 196:25 |
| 197:2 | 197:2 |
| 197:4 | 197:10 |
| 197:12 | 197:25 |
| 198:2 | 198:2 |
| 198:8 | 198:13 |
| 198:14, "I'm…" | 199:11 |

Dated: January 18, 2011                    Respectfully submitted,

                                          *By: /s/ Douglas R. McSwane, Jr.*

                                          Douglas R. McSwane, Jr.
                                          **POTTER MINTON P.C.**
                                          dougmcswane@potterminton.com
                                          P.O. Box 359
                                          Tyler, TX 75710
                                          (903) 597-8311

                                          **SIEBMAN, REYNOLDS, BURG,
                                          PHILLIPS & SMITH LLP**
                                          Clyde M. Siebman
                                          siebman@siebman.com
                                          Federal Courthouse Square
                                          300 North Travis Street
                                          Sherman, TX 75090
                                          (903) 870-0070
                                          (903) 870-0066

                                          **WINSTON & STRAWN LLP**
                                          Charles B. Molster, III
                                          cmolster@winston.com
                                          1700 K Street, NW
                                          Washington, DC 20006
                                          (202) 282-5988
                                          Dan K. Webb*
                                          Dwebb@winston.com
                                          Peter C. McCabe III*
                                          Pmccabe@winston.com
                                          Monika M. Blacha*
                                          mblacha@winston.com
                                          Scott C. Walton*
                                          swalton@winston.com
                                          Kurt A. Mathas*
                                          kmathas@winston.com
                                          35 West Wacker Drive
                                          Chicago, IL 60601
                                          (312) 558-5600

                                          **VERIZON CORPORATE RESOURCES
                                          GROUP LLC**
                                          Leonard Charles Suchyta*
                                          Leonard.suchyta@verizon.com
                                          Caren K. Khoo*
                                          caren.khoo@verizon.com

One Verizon Way
Basking Ridge, NJ 07920
(908) 559-5623

***Attorneys for Verizon Services Corp.,***
***Verizon Business Network Services Inc.***
***and Verizon Enterprise Delivery LLC***

*Admitted pro hac vice

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 18th day of January, 2011, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Douglas R. McSwane, Jr.*