IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CHEETAH OMNI, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION No. 6:09-cv-260-LED |
| | § | |
| VERIZON SERVICES CORP., et. al., | § | |
| | § | |
| Defendants. | § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Charge of Court.

1. Did Cheetah prove by a preponderance of the evidence that Verizon infringed any of the asserted claims of the '836 Patent listed below?

   **Answer "Yes" or "No" for each listed claim:**

   Claim 9:     Yes

   Claim 12:    Yes

   Claim 14:    Yes

   Claim 15:    Yes

   Claim 16:    Yes

   Claim 19:    Yes

2. Did Verizon prove by a preponderance of the evidence that any of the claims of the '836 Patent listed below are invalid as anticipated?

   **Answer "Yes" or "No" for each claim.**

| '836 Patent | Anticipated? |
|---|---|
| Claim 9 | No |
| Claim 12 | No |
| Claim 14 | No |
| Claim 15 | No |
| Claim 16 | No |
| Claim 19 | No |

3. If you have found any claim of the '836 patent is infringed and is not invalid, what amount of damages do you find Cheetah has proven by a preponderance of the evidence it has suffered as a result of that infringement?

Damages Awarded: $ __5.4 million__

__3-18-11__

DATE                                          FOREPERSON

2