IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CHEETAH OMNI, LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § § | |
| VERIZON SERVICES CORP., et al. | § § § | CASE NO. 6:09 CV 260 |
| Defendant. | § § § | PATENT CASE |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Order of the Magistrate Judge ("Order"), which contains his rulings allowing Verizon to pursue defenses under 35 U.S.C. § 102(g), has been presented for consideration (Doc. No. 405). Cheetah Omni, LLC has filed objections and a motion for reconsideration in response to the Order. (Doc. No. 417).

The Court heard further argument regarding Cheetah's motion on the second day of trial and **GRANTED** the motion from the bench overruling the Magistrate Judge's findings in the Order. *See* DAY 2, MORNING TRIAL TR. at 3:7 - 9:19.

**So ORDERED and SIGNED this 23rd day of March, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**